**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

January 7, 2021

VIA ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Arguedas, et al.
                20 cr 135 (JMF)

Dear Judge Furman:

    I write as CJA counsel of Abbas Ozkurt, a defendant in the above-entitled case. Please be advised I have spoken with Mr. Ozkurt about the March 7, 2021 trial date and regarding motions in the case.

    I appreciate the Court extending the time for counsel to file this letter.

                                Very truly yours,

                                /s/ Guy Oksenhendler

                                Guy Oksenhendler

Although counsel does not clearly say so, the Court will treat this as a representation that he has, in fact, advised his client of the precise information set forth in the Court's earlier endorsement (namely, that the March 7, 2022 trial date is firm AND that any application - whether relating to discovery or relating to counsel - that is filed close to trial and could affect the ability to start trial on that date may be denied on that ground). If counsel did not, in fact, advise his client of that information, he shall advise the Court no later than January 11, 2021. The Clerk of Court is directed to terminate ECF No. 335. SO ORDERED.

January 8, 2021