Law Office of
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

February 23, 2022

VIA ECF

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. Sentencing is hereby ADJOURNED to April 4, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #627. SO ORDERED.
>
> [signature]
>
> February 23, 2022

Re: *United States v. Abbas Ozkurt*
20 Cr. 135 (JMF)
<u>Consent Request to Adjourn Sentencing</u>

Dear Judge Furman:

    Reference is made to scheduled sentencing on March 3, 2022 in the above-entitled case. It is respectfully requested on consent that Your Honor adjourn the sentencing for thirty days. The basis of this request is so that counsel has additional time to meet with his client at the Essex County jail in New Jersey and gather documents and letters from his family in support of his sentencing submission.

    Counsel has spoke to Special Assistant United States Attorney Jaclyn Wood regarding this request to which she consents.

    Accordingly, it is respectfully requested that the sentencing be adjourned until April 4, 2022 or any date thereafter convenient to the Court.

    Should Your Honor have any further questions, or want further explanation, please contact me immediately.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler