UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA                :

        -v-                                    :           20-CR-135-7 (JMF)

ABBAS OZKURT,                            :           <u>ORDER</u>

                Defendant.           :

----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On October 24, 2025, Defendant Abbas Ozkurt filed a "Motion for Early Termination of Supervised Release." ECF No. 824. The Government shall file any opposition to the motion by **November 17, 2025**, and Defendant shall file any reply by **December 8, 2025**.

        The Clerk of Court is directed to mail this Order to:

> Mr. Abbas Ozkurt
> 1880 Schieffelin Avenue
> Apartment 5D
> Bronx, NY  10466

        SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge