UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

UNITED STATES OF AMERICA          :

         :

      -v-          :        20-CR-135-7 (JMF)

         :

ABBAS OZKURT,          :        ORDER

         :

        Defendant.     :

         :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 24, 2025, Defendant Abbas Ozkurt filed a "Motion for Early Termination of Supervised Release." ECF No. 824. In his reply, however, Ozkurt concedes that he is ineligible for early termination because he has not yet served one year of supervised release. *See* ECF No. 827, at 1-2; *see also* 18 U.S.C. § 3583(e)(1) (providing that a court may "terminate a term of supervised release and discharge the defendant released at any time *after the expiration of one year of supervised release* . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice" (emphasis added)). In light of that concession, Ozkurt's motion is deemed withdrawn. That withdrawal is without prejudice to a new motion when Ozkurt becomes eligible for early termination.

The Clerk of Court is directed to terminate ECF No 824 and to mail this Order to:

      Mr. Abbas Ozkurt
      1880 Schieffelin Avenue, Apt. 5D
      Bronx, NY 10466

    SO ORDERED.

Dated: December 9, 2025
    New York, New York                        _____
                                   JESSE M. FURMAN
                             United States District Judge